# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

       v.

EZEQUIEL RIVERA-GONZALEZ

          Defendant.

CR NO: 1:17-cr-00022-LJO-SKO

FILED MAR 2 3 2017 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Ezequiel Rivera-Gonzalez

Detained at: _____

Detainee is:
- a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: 8 U.S.C. § 1326(a), (b)(1)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Ross Pearson |
| Printed Name & Phone No: | ROSS PEARSON |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 3/23/17

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Martin Ceballos Jaques | ☒ Male ☐ Female | |
| Booking or CDC #: | BC4638 | DOB: | 1/30/1972 |
| Facility Address: | 701 Scofield Ave, Wasco, CA 93280 | Race: | HISPANIC |
| Facility Phone: | (661) 758-8400 | FBI#: | 310847HB4 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____      _____
                            (signature)